UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PLUMBERS AND FITTERS LOCAL UNION 101, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARK LUTTMAN, <br><br> Defendant. | Case No. 3:17-cv-00675-JPG-DGW |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the plaintiff's motion to dismiss without prejudice. (Doc. 10.) The plaintiffs have not indicated under which Federal Rule of Civil Procedure they bring their motion, but it is clear that Rule 41(a)(1)(A)(ii) applies. That rule allows dismissal of an action without a court order if the notice of dismissal is signed by all parties who have appeared in the case. Here, the parties have met the requirements of the rule: the plaintiffs, the only parties who have appeared in the case, have signed the motion. Accordingly, the Court **FINDS** that this case is **DISMISSED without prejudice**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: FEBRUARY 22, 2018**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
